UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CAROL BROWN, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) | No. 3:23-cv-069-SKL |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| *Defendant*. | ) | |

# JUDGMENT

Pursuant to and consistent with the Memorandum and Order filed herewith: (1) Plaintiff's request for relief pursuant to 42 U.S.C. § 405(g) [Doc. 15] is **DENIED**; (2) the Commissioner's request that his final decision denying benefits be affirmed [Doc. 20] is **GRANTED**; and (3) this action is **DISMISSED**.

    s/ *LeAnna R. Wilson*
    LeAnna R. Wilson
    CLERK OF COURT